UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VERACITY GROUP INC., et al. | : | Case No. 1:11-cv-526 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| COOPER-ATKINS CORPORATION, INC., | : | |
| Defendant. | : | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE STEPHANIE K. BOWMAN

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and §636(b)(3), the above-captioned case is hereby referred to Stephanie K. Bowman, United States Magistrate Judge. The Magistrate Judge is empowered to deal with all pretrial motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute, excluding motions for summary judgment.

**IT IS SO ORDERED.**

Date: 3/9/12

Timothy S. Black
Timothy S. Black
United States District Judge