UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE VERACITY GROUP, INC., *et al.* | : | |
| | : | Case No.: 1:11-CV-526 |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| COOPER-ATKINS CORPORATION, INC., | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
|     Defendants. | : | |

NOTICE OF APPEARANCE OF SUSAN GROGAN FALLER AND
NOTICE TO THE COURT OF SUBSTITUTION OF LEAD TRIAL COUNSEL

Susan Grogan Faller of the firm Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, hereby enters her appearance as counsel on behalf of Defendant Cooper-Atkins Corporation, Inc. Ms. Faller also notifies the Court that Defendant has designated Monica L. Dias as Lead Trial Counsel in substitution of Jill P. Meyer who will remain an attorney to be noticed.

                                                    Respectfully submitted,

                                                    s/ Susan Grogan Faller
                                                    Monica L. Dias (0073617) Trial Attorney
                                                    Susan Grogan Faller (0017777)
                                                    Austin D. Padgett (0085368)
                                                    Jill P. Meyer (0066326)
                                                    FROST BROWN TODD LLC
                                                    3300 Great American Tower
                                                    301 East Fourth Street
                                                    Cincinnati, Ohio 45202-4182
                                                    Phone: 513-651-6800
                                                    Facsimile: 513-651-6981
                                                    Email: mdias@fbtlaw.com
                                                                 sfaller@fbtlaw.com
                                                                 apadgett@fbtlaw.com
                                                                 jmeyer@fbtlaw.com
                                                    *Attorneys for Defendant*
                                                    *Cooper-Atkins Corporation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, I electronically filed the foregoing notice using the Court's CM/ECF system, which will send notification of such filing to all counsel of record as listed below:

Michael L. Scheier
Jamie M. Goetz-Anderson
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
*Attorneys for Plaintiffs*

                                              s/ Susan Grogan Faller

CINLibrary 0122947.0589029   2482042v1