## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| THE VERACITY GROUP, INC. et al., | : | CASE NO. 1:11cv526 |
| | : | |
| **Plaintiffs,** | | **Judge Timothy S. Black** |
| | : | |
| v. | | **Magistrate Judge Stephanie K.** |
| | : | **Bowman** |
| COOPER-ATKINS CORPORATION, INC., | | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF WITHDRAWAL OF CO-COUNSEL

Pursuant to Local Rule 83.4(d), Jamie M. Goetz-Anderson, co-counsel for Plaintiffs, The Veracity Group, Inc., Jack J. Kennamer, and Christopher F. Hauck (collectively "Plaintiffs"), hereby gives notice of her withdrawal of appearance in the above-captioned action.

Ms. Goetz-Anderson entered her appearance in this matter on October 31, 2011 (Docket No. 12). She is no longer an attorney with Keating Muething & Klekamp, PLL. Thomas F. Hankinson and Michael L. Scheier of Keating Muething & Klekamp PLL will continue to represent the Plaintiffs in this matter.

| | |
|---|---|
| Jamie M. Goetz-Anderson (0083562) | Michael L. Scheier (0055512) |
| Jackson Lewis LLP | KEATING MUETHING & KLEKAMP PLL |
| PNC Center | One East Fourth Street |
| 26th Floor | Suite 1400 |
| 201 East Fifth Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | 513.579.6400 |
| 513.322.5029 | 513.579.6457 (Facsimile) |
| 513.898.0051 (Facsimile) | mscheier@kmklaw.com |
| Jamie.Goetz-Anderson@jacksonlewis.com | |
| | *Trial Counsel and Attorney for Plaintiffs* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record electronically by operation of the Court's electronic filing system and to the following by regular U.S. Mail: Jamie M. Goetz-Anderson, Jackson Lewis LLP, PNC Center, 201 East Fifth Street, 26th Floor, Cincinnati, Ohio 45202.

/s/ Michael L. Scheier

4393335.1

2