IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE VERACITY GROUP, INC., <br> JACK J. KENNAMER, <br> and CHRISTOPHER F. HAUCK <br><br> Plaintiffs, <br><br> v. <br><br> COOPER-ATKINS CORPORATION, INC. <br><br> Defendant. | Case No. 1:11cv526 |

## NOTICE OF FILING APPEARANCE

PLEASE TAKE NOTICE that Lori G. Heilman of Keating Muething & Klekamp, PLL, is appearing in this matter as counsel for the Plaintiffs in the above captioned matter. Counsel's contact information appears below. Please take notice that an *Appearance of Attorney* for Lori G. Heilman is attached hereto.

Respectfully submitted,

s/ Lori G. Heilman
Lori G. Heilman (86533)
Keating Muething & Klekamp PLL
One East Fourth St.
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6430
Fax: (513) 579-6457
lheilman@KMKLAW.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on July 19, 2012, the foregoing pleading was filed electronically and sent to all attorneys on record via the Court's electronic filing system.

s/ Lori G. Heilman
Lori G. Heilman (0086533)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| THE VERACITY GROUP, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:11cv526 |
| COOPER-ATKINS CORPORATION, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Veracity Group, Inc., Jack J. Kennamer, and Christopher F. Hauck            .

Date: 07/19/2012

_____
*Attorney's signature*

Lori G. Heilman (86533)
*Printed name and bar number*

One East Fourth St., Suite 1400
Cincinnati, OH  45202

*Address*

lheilman@kmklaw.com
*E-mail address*

(513) 579-6430
*Telephone number*

(513) 579-6457
*FAX number*