UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE VERACITY GROUP, INC., *et al.*, | : | Case No. 1:11-cv-526 |
| Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| COOPER-ATKINS CORPORATION, INC., | : | |
| Defendant. | : | |

## CALENDAR ORDER

For good cause shown, the parties' Joint Motion for Extension of Time (Doc. 35) is **GRANTED.** The prior Calendar Order (Doc. 29) is **VACATED,** and the Court hereby establishes the following Calendar Order:

1.  Deadline for completion of written discovery
    and document and document production: **November 30, 2012**

2.  Status Conference by telephone with Judge Black; **December 7, 2012**
    parties shall call into 1-888-684-8852:[1] **at 10:00 a.m.**

3.  Completion of depositions of fact witnesses: **February 28, 2013**

4.  Disclosure of primary expert witnesses
    and production of initial reports: **March 29, 2013**

5.  Disclosure of rebuttal expert witnesses:
    and production of initial reports: **May 31, 2013**

6.  Completion of depositions of experts: **June 28, 2013**

7.  Dispositive motions deadline: **July 31, 2013**

---

[1] Access code: 8411435; Security code: 123456.

8.  Status Conference by telephone with Judge Black;
    parties shall call into 1-888-684-8852:[2]     **August 5, 2013 at 12:00 p.m.**

9.  Final Pretrial Conference in Cincinnati
    Chambers, Room 815:     **November 25, 2013 at 10:00 a.m.**

10. Jury Trial:     **December 9, 2013 at 9:30 a.m.**

**IT IS SO ORDERED.**

Date: 8/13/12

Timothy S. Black
United States District Judge

---

[2] Access code: 8411435; Security code: 123456.