UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VERACITY GROUP, INC., *et al.*,

    Plaintiffs,

vs                                            Civil Action No. 1:11-cv-526

COOPER-ATKINS CORP., INC.,            Judge Timothy S. Black

    Defendant.

## CONDITIONAL ORDER OF DISMISSAL

    This civil action having settled in the presence of the Court;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED**.

Date: 6/13/2013                                                    *s/ Timothy S. Black*
                                                                Timothy S. Black
                                                                United States District Judge